UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:07-CR-98(01)RM |
| | ) | |
| JUAN PACHECO-BALTAZAR | ) | |

<u>ORDER</u>

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on December 5, 2007 [Doc. No. 23]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Juan Pacheco-Baltazar's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. § 1326(a).

SO ORDERED.

ENTERED:   December 27, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court